LUCY E. PIZZUTO ET AL. *v.* TOWN OF NEWINGTON ET AL.

The plaintiffs' motion to strike the appendix to the brief of the defendant Cherry Hill Association et al. in the appeal from the Superior Court in Hartford County is denied by the court.

*Edward G. Pizzella,* in support of the motion.

Submitted November 4—decided November 17, 1977

FROUGE CORPORATION *v.* BAGIO NICOLI

The defendant's petition for certification for appeal from the Court of Common Pleas in Fairfield County is denied by the court.

*Elaine S. Amendola* and *Lawrence W. Kanago,* in support of the petition.

*George J. Markley,* in opposition.

Submitted November 2—decided November 17, 1977

SHIRLEY N. HART *v.* DAVID HART

The plaintiff's motion for a review of the order, dated October 31, 1977, terminating the stay of execution in the appeal from the Superior Court in New Haven County is granted and the relief sought therein is denied by the court.

*Earl I. Williams,* in support of the motion.

Submitted November 9—decided November 17, 1977